PEOPLE v TRAYWICK. Appeal from Genesee, Thomas C. Yeotis, J. Submitted Division 2 April 6, 1972, at Lansing. (Docket No. 12352.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Phillips B. Hildner,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *James R. Neuhard,* Assistant Defender, for defendant on appeal.

Before: QUINN, P. J., and V. J. BRENNAN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to assault with intent to murder, MCLA 750.83; MSA 28.278. He was sentenced and he appeals.

A review of the plea transcript raises a reasonable doubt as to the truthfulness of the plea on the element of intent. The plea should not have been accepted, *People v Creger,* 16 Mich App 59 (1969); MCLA 768.35; MSA 28.1058.

Reversed and remanded.